Arras *v.* Stawski, Appellant.

Argued March 18, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Herbert N. Rosenberg,* with him *Rosenberg & Kirshner,* for appellant.

*Seymour A. Sikov,* with him *Sikov and Love,* for appellee.

*David B. Fawcett, Jr.,* with him *Daniel P. Stefko,* and *Dickie, McCamey & Chilcote,* for appellee.

OPINION PER CURIAM, July 2, 1970:
Judgments affirmed.